# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARGARET LUDY,** | ) | |
| **PLAINTIFF,** | ) | |
| VS. | ) | 2:08-cv-2403-JHH |
| **BATEY & BATEY, INC.** | ) | |
| **DEFENDANT.** | ) | |

### MEMORANDUM OF DECISION

On September 23, 2009 the court entered an order (doc. #14) entering default against the defendant, Batey & Batey, Inc. Such entry of default has not been set aside and remains in effect.

The court has before it the November 24, 2009 motion (doc. #16) for entry of default judgment with an affidavit in support of the motion. Based upon the entry of default (doc. #14) and the affidavit (doc. #16-2) of plaintiff, Margaret Ludy, attached to the motion (doc. #16) for entry of default judgment, the court finds and concludes as a matter of law that defendant, Batey & Batey, Inc. is indebted to plaintiff, Margaret Ludy, for back pay in the amount of **THIRTEEN THOUSAND TEN AND 40/100 ($13,010.40) DOLLARS**. Plaintiff is entitled to a judgment against defendant for that amount, plus a similar amount of

**THIRTEEN THOUSAND TEN AND 40/100 ($13,010.40) DOLLARS** as liquidated damages.  29 U.S.C. § 216(b).   Further, plaintiff is entitled also to recover of defendant **ONE THOUSAND FOUR HUNDRED AND NO/100 ($1,400.00) DOLLARS** attorneys fees and **FOUR HUNDRED TWENTY ONE AND 91/100 ($421.91) DOLLARS** expenses.  A separate final default judgment in the total amount of **TWENTY SEVEN THOUSAND EIGHT HUNDRED FORTY TWO AND 71/100 ($27,842.71) DOLLARS** will be entered.

      **DONE** this the   1st    day of December, 2009.

                                              SENIOR UNITED STATES DISTRICT JUDGE